Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000222
14-SEP-2016
10:27 AM

NO. CAAP-16-0000222

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FRANK E. HAMMER, JR., Plaintiff-Appellee, v.
JERELYN E. HAMMER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 13-1-0104)

ORDER APPROVING WITH PREJUDICE THE
JULY 27, 2016 STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation and Order Dismissing Appeal, filed July 27, 2016, by Defendant-Appellant Jerelyn E. Hammer, the papers in support, and the record, it appears that (1) the parties stipulate to dismiss the appeal with prejudice, and bear their own costs and attorneys' fees on appeal; (2) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (3) the appeal has not been docketed; and (4) Hawai'i Rules of Appellate Procedure Rule 42(a) authorizes dismissal before an appeal is docketed.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, September 14, 2016.

Chief Judge

Associate Judge

Associate Judge